UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN


DIRECTV, INC., a California corporation,

       Plaintiff,

    v.                                   Case No. 03-C-0468

JAMES MILLS,

       Defendant.

---

**ORDER FOR DISMISSAL OF DEFENDANT JAMES MILLS**

---


      THIS MATTER comes on regularly for review before the Court upon the stipulation of

the parties.  The Court is fully advised; NOW, THEREFORE,

      IT IS ORDERED that Defendant James Mills shall be and hereby is permanently

dismissed with prejudice and without costs as stipulated by the parties.

      Dated at Milwaukee, Wisconsin this   18th   day of April, 2005.

                          BY THE COURT:


                          s/ J. P. Stadtmueller
                          J. P. Stadtmueller
                          United States District Judge


MN03-468 dismissal.wpd